UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Carmen Santos, for Julian Torres,
                      Plaintiff,            08cv2187
   -against-                             ORDER

Michael J. Astrue, Commissioner
of Social Security Administration,
                      Defendant,
------------------------------------------------------------X
GEORGE B. DANIELS, DISTRICT JUDGE

      Claimant has brought this action pursuant to 42 U.S.C.§405(g), seeking review of a denial of disability benefits.

      The Civil Division of the United States Attorney's Office for the Southern District of New York (the Commissioner) has sixty (60) days from receipt of this order to answer the complaint. The answer must be accompanied by a transcript of the record below.

      The Commissioner must submit a motion for judgment on the pleadings no later than thirty (30) days from the date of the filing of his answer. The Commissioner's motion must be accompanied by supporting memorandum of law that makes specific citation to the parts of the record on which the Commissioner relies. The Claimant shall submit its response to Commissioner's motion within thirty (30) days of the service of the motion. Said response must include a memorandum of law with specific citations to the parts of the record on which the Claimant relies. The Commissioner may submit a reply within ten (10) days after service of the response. No extensions of time will be granted, except upon showing of good cause.

      Any stipulation entered between the parties including, but not limited to, a remand to the Commissioner of Social Security (the "Commissioner") for further proceedings, must be approved by this Court. The parties are advised that a remand to the Commissioner for further proceedings is not necessarily a final disposition of the case, and Claimant may be entitled to seek further review by this Court of any additional proceedings before the Commissioner.

      The parties are directed to deliver courtesy copies of all appears to the Judge's courtroom 618 of the United States Courthouse at 40 Foley Square.

      Plaintiffs appearing Pro Se should direct any questions to the Pro Se office at 500 Pearl Street, Room 230 (telephone (212) 637-0175).

Dated: New York, New York
       March 14, 2008

                                                      SO ORDERED

                                                    GEORGE B. DANIELS
                                                    United States District Judge