ORIGINAL

USDC SDNY
DOCUMENT
ELECTR...
...FILED...

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
CARMEN SANTOS o/b/o            :
JULIAN TORRES,                 :
                               :
                Plaintiff,     :
                               :
        - v. -                 :
                               :  STIPULATION AND ORDER
                               :
MICHAEL J. ASTRUE,             :  08 Civ. 2187 (GBD)
Commissioner of                :
Social Security,               :
                               :
                Defendant.     :
                               :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 12, 2008 to and including July 11, 2008.  This extension is requested because

the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       April 14, 2008

*Carmen Santos* (signature)
CARMEN SANTOS o/b/o
JULIAN TORRES
Plaintiff Pro Se
2415 Creston Avenue
Apt. #21
Bronx, New York 10468
Telephone No. (718) 733-4626

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Susan D. Baird* (signature)
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

*George B. Daniels* (signature)
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**