ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 3 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
CARMEN SANTOS o/b/o              :
JULIAN TORRES,                   :
                                 :
              Plaintiff,         :
                                 :
       - v. -                    :   STIPULATION AND ORDER
                                 :        OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :   08 Civ. 2187 (GBD)
Social Security,                 :
              Defendant.         :
- - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       May 28, 2008

                                      CARMEN SANTOS o/b/o
                                      JULIAN TORRES
                                      Plaintiff Pro Se
                                      2415 Creston Avenue
                                      Apt. #21
                                      Bronx, New York 10468
                                      Telephone No. (718) 733-4626

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant

By: _____
                                      SUSAN D. BAIRD
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York  10007
                                      Telephone No. (212) 637-2713
                                      Susan.Baird@usdoj.gov

SO ORDERED: JUN 1 3 2008

_____
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**